

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00189-CV

| | | |
|---|---|---|
| THE CUSTOMER CENTER OF DFW, INC. D/B/A SPRINT STORE BY THE CUSTOMER CENTER AND THE | § | On Appeal from the 342nd District Court |
| CUSTOMER CENTER, INC., Appellants | § | of Tarrant County (342-312627-19) |
| V. | § | May 27, 2021 |
| RPAI NORTH RICHLAND HILLS DAVIS LIMITED PARTNERSHIP, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee RPAI North Richland Hills Davis Limited Partnership shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell